UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

H-F-M-J,

Petitioner,

v.

DAVID VENTURELLA *et al*,

Respondents.

Case No. 6:26-cv-01354-MC

**ORDER**

MCSHANE, Judge:

On July 3, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging their immigration detention. ECF No. 1.

Respondents must show cause no later than **July 10, 2026** why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury. Petitioner may file a reply no later than **July 14, 2026**.

**IT IS SO ORDERED.**

DATED this 7th day of July, 2026.

_____/s/ Michael McShane_____
Michael McShane
United States District Judge